UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL EDDY COLEGROVE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. GUMBUA, Warden,<br><br>　　　　Respondent. | Case No. 23-cv-03874 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO PAY THE FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On August 2, 2023, Petitioner, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent Petitioner a notice informing him that the action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* ("IFP") application. Dkt. No. 4. Petitioner was directed to respond within twenty-eight days or else the case would be dismissed. *Id*. This matter was reassigned to the Undersigned on October 13, 2023. Dkt. No. 9.

In the interest of justice, Petitioner shall be granted one extension of time to either pay the filing fee or file a complete IFP application showing indigency. Petitioner shall do so **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to respond to this order in the time provided will result in the dismissal without prejudice of this action without further notice to Petitioner.**

IT IS SO ORDERED.

Dated: ___October 17, 2023___　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting EOT to pay fee or file IFP
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\Y10G0WY2\03874Colegrove_eot-ifp.docx