UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEL EDDY COLEGROVE,

    Petitioner,

v.

M. GUMBUA, Warden,

    Respondent.

Case No. 23-cv-03874 BLF (PR)

**JUDGMENT**

For the reasons stated in the order granting Respondent's motion to dismiss, this action is DISMISSED.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __July 24, 2024_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.23\03874Colegrove_judgment